*trice Rosenberg* for the United States. 

No. 257, Misc. BURICH *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Marshall* for the United States. 

No. 265, Misc. WOODRING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 275, Misc. BRAVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *H. Elliot Wales* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 277, Misc. GUNZBURGER *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 280, Misc. DEARINGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 285, Misc. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 296, Misc. STIGALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 328, Misc. GUFFEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg*